

# NUMBER 13-13-00350-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN THE INTEREST OF K. J. A. R., A CHILD

### On appeal from the 2nd 25th District Court
### of Lavaca County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam

Appellant perfected an appeal from a judgment entered by the 2nd 25th District Court of Lavaca County, Texas, in cause number 12-10-22305-CV. Appellant has filed an unopposed motion to dismiss the appeal on grounds that he no longer wishes to pursue this appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is GRANTED, and the appeal is

hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
24th day of October, 2013.